UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVON T. BRADFORD,

     Plaintiff,

                                                      Case No. 1:25-cv-468

v.

                                                     HON. JANE M. BECKERING

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

### ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed an Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (ECF No. 15).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 16) on February 2, 2026, recommending that this Court grant in part the motion.  Specifically, that Defendant pay Plaintiff attorney fees in the amount of $4,463.55 and paralegal fees in the amount of $708.75, for a total fee award of $5,172.30.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 16) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (ECF No. 15) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.  Defendant shall pay Plaintiff attorney fees in the amount of $4,463.55 and paralegal fees in the amount of $708.75, for a total fee award of $5,172.30.

Dated: February 18, 2026                                /s/ Jane M. Beckering
                                                   JANE M. BECKERING
                                                   United States District Judge